**Order entered August 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00430-CR

### NORMAN AGENT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F13-61473-H

## ORDER

Appellant was convicted of continuous sexual abuse of a child. Although for the most part, appellant's brief identifies the complaining witness generically by that term, in the argument section, he identifies her by her name, as well as identifying another alleged victim by name. Accordingly, we **STRIKE** the brief.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that removes the names of the complaining witness and the other named child and refers to them by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/    ADA BROWN
        JUSTICE